NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vicki Everts,<br><br>              Plaintiff,<br><br>v.<br><br>PMR Progressive LLC, *et al.*,<br><br>              Defendants. | No. CV-15-02023-PHX-JJT<br><br>**ORDER** |

The Court has reviewed the Stipulation of Dismissal (Doc. 63) of the last remaining defendant in this matter. For good cause appearing,

IT IS ORDERED granting the Stipulation (Doc., 63) and dismissing with prejudice all claims against Defendant CoreLogic Credco, LLC, with each party to bear their own attorneys' fees and costs. The Clerk of Court shall close this matter.

Dated this 20th day of December, 2016.

Honorable John J. Tuchi
United States District Judge